**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany Rochelle Howell and William Christopher Turner, Defendants,

Of whom Brittany Rochelle Howell is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-000892

———————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-087
Submitted March 12, 2025 – Filed March 14, 2025

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Deborah M. Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Jonathan Drew Hammond, of Greer, for the Guardian ad Litem.

---

**PER CURIAM:**  Brittany Rochelle Howell appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.